UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO.: **1:25CR 124** |
| Plaintiff, | : | JUDGE |
| | : | INDICTMENT **DLOTT** |
| v. | : | |
| | : | 18 U.S.C. § 1711 |
| LAMEL PARKER, | : | |
| Defendant. | : | |

**THE GRAND JURY CHARGES THAT:**

## GENERAL ALLEGATIONS

At all times material to this Indictment:

1. The United States Postal Service ("USPS") was an independent establishment of the Executive Branch of the Government of the United States and operated in a business-like way. 39 U.S.C. § 201. The USPS operated as a basic and fundamental service provided to the people by the Government of the United States, authorized by the Constitution, created by Act of Congress, and supported by the people. The USPS had as its basic function the obligation to provide postal services to bind the Nation together through the personal, educational, literary, and business correspondence of the people providing prompt, reliable, and efficient services to patrons in all areas and rendered postal services to all communities. 39 U.S.C. § 101(a).

2. Defendant **LAMEL PARKER** was a USPS Contract officer tasked with collecting registry bags with cash from USPS facilities.

1

## COUNT 1
### (Misappropriation of postal funds)
### 18 U.S.C. § 1711

3. Paragraphs 1 and 2 are fully incorporated herein.

4. On or about June 1, 2023, in the Southern District of Ohio and elsewhere, the defendant, **LAMEL PARKER**, being a USPS officer, did knowingly use and convert to his own use money and property coming into his hands and control in the execution and under color of his employment and service with the USPS, to wit: the theft of over $7100.00 from cash registers at the USPS.

**In violation of Title 18, United States Code, Section 1711.**

**A TRUE BILL**

/S/
_____
**GRAND JURY FOREPERSON**

**UNITED STATES ATTORNEY**
**DOMINICK S. GERACE II**

_____
**JULIE A. TENNEY**
**SPECIAL ASSISTANT U.S. ATTORNEY**

2